800.211.DEPO (3376)
EsquireSolutions.com

```
1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
2

3
   MARK SCHOTTE, individually and on
4
   behalf of all others similarly situated,
5
   Plaintiff,              Case No.: 1:23-cv-10897-IT
6
   VS.
7
   THE STOP & SHOP SUPERMARKET
8
   COMPANY, LLC,
9
   Defendant.
10
   ~~~~~~~~~~~~~~~~~~~~~~~~~
11
      ZOOM 30(B)(6) DEPOSITION OF THE CITY OF ESSEX
12
                THROUGH MICHAEL GALLI
13
                   JULY 31, 2025
14
                    9:02 A.M.
15

16
                WATER FILTRATION PLANT
17
              44 CENTENNIAL GROVE ROAD
18
              ESSEX, MASSACHUSETTS 01929
19

20

21

22

23

24
   Stephanie Mussen, Professional Shorthand Reporter
```



```
 1   APPEARANCES VIA ZOOM:

 2   ON BEHALF OF THE PLAINTIFF:
                 JULIAN DIAMOND, ESQ.
 3               Bursor & Fisher, P.A.
                 888 Seventh Avenue
 4               New York, New York 10019
                 646.837.7150
 5               jdiamond@bursor.com

 6   ON BEHALF OF THE DEFENDANT:
                 ANDREW J. CROWDER, ESQ.
 7               Norton Rose Fulbright, LLP
                 60 S. 6th Street, Suite 3100
 8               Minneapolis, Minnesota 55402
                 612.321.2800
 9               andy.crowder@nortonrosefulbright.com

10   ON BEHALF OF THE WITNESS:
                 GREGG J. CORBO, ESQ.
11               KP Law, P.C.
                 101 Arch Street
12               Boston, Massachusetts 02110
                 617.654.1764
13               gcorbo@k-plaw.com

14   ALSO PRESENT:

15               Larry Moskowitz, Videographer

16

17

18

19

20

21

22

23

24
```



1                        EXAMINATION INDEX
    EXAMINATION OF MICHAEL GALLI
2   BY MR. CROWDER                                          5, 52
    BY MR. DIAMOND                                             47
3

4

5

6

7

8                        EXHIBIT INDEX

9

10  1        Packet of documents                                6
    2        Sewer Call Out and Alarms                         26
11  3        Stipulation of Settlement                         28
    4        International Water Services          38
12           Flushability Group
    5        Publicly Available Specification (PAS)   42
13           2: 2020 Terms and Definitions for
             Determination of Flushability
14  6        Publicly Available Specification (PAS)   43
             3: 2020
15  7        Town of Essex Sewer Department Important        49
             Notice - Wipes Clog Pipes and Pumps

16

17

18

19           (Exhibits retained by Mr. Crowder.)

20

21

22

23

24



```
 1  ZOOM 30(B)(6) DEPOSITION OF MICHAEL GALLI
 2  JULY 31, 2025
 3                  THE VIDEOGRAPHER:  Good morning.
 4  We are now on the record.  The time is 9:02 a.m. on
 5  July 31st, 2025.  This begins the videotaped
 6  deposition of Michael Galli taken in the matter of
 7  Schotte versus the Stop & Shop Supermarket Company,
 8  LLC, filed in the District of Massachusetts, Case
 9  Number 1:23-cv-10897-IT.
10       My name is Larry Moskowitz, and I'm your
11  remote videographer today.  The court reporter is
12  Stephanie Mussen, and we are both here representing
13  Esquire Deposition Solutions.
14       Will everyone present please identify
15  themselves and state whom you represent.  After
16  which, the witness will be sworn in.
17                  MR. CROWDER:  This is Andy Crowder
18  on behalf of Stop & Shop.
19                  MR. DIAMOND:  Good morning.  This
20  is Julian Diamond from Bursor & Fisher, P.A. on
21  behalf of plaintiff.
22                  MR. CORBO:  Good morning.  My name
23  is Gregg Corbo from KP Law, P.C.  I am town counsel
24  for the Town of Essex, and I represent Mr. Galli.
```

 1                    THE WITNESS:  I'm Mr. Galli.  I

 2    guess I'm the plaintiff; right?

 3                    * * * * * * *

 4          MICHAEL GALLI, the witness, having been

 5    satisfactorily identified and duly sworn by the

 6    Notary Public, was examined and testified as follows:

 7                EXAMINATION

 8           BY MR. CROWDER:

 9      Q.  Good morning, Mr. Galli.  Again, my name is

10    Andy Crowder.

11            To be clear, you're not the plaintiff in

12    this case.

13      A.  Oh, sorry.

14      Q.  It's okay.  You understand that Essex is

15    not -- you're a third party --

16      A.  I'm a witness.

17      Q.  You're a witness.  I promise you I will be

18    as efficient with --

19                    (Court reporter clarification.)

20      Q.  -- with your time as I can be.  If you

21    can't hear me, just say so.  I'll speak up.  Okay?

22    Sound good?

23      A.  Yeah, I'm all set.

24      Q.  Can you just please state your name for the



1  record, sir?

2      A.  Sire.  Michael, middle initial is G, and

3  middle name is Gabriel, and last name is Galli,

4  G-A-L-L-I.

5      Q.  Have you ever been deposed before,

6  Mr. Galli?

7      A.  I have not.

8      Q.  Do you understand today that your testimony

9  is under oath?

10      A.  I do.

11      Q.  Okay.  If you don't understand one of my

12  questions, will you please tell me that so I can ask

13  a better one?

14      A.  I will.

15      Q.  And if you need a break at any time, just

16  let me know.  All right?

17      A.  I will, yeah.

18                  MR. CROWDER:  The first thing I'm

19  going to do, sir, is I'm going to share my screen

20  and I'm going to show you a document.  Okay?  I sent

21  this document to your counsel already.  I'll enter

22  this as Exhibit 1, and I'll send these along after

23  the deposition is over to the court reporter.

24                  (Exhibit 1, Packet of documents,

```
 1  marked for identification.)
 2      Q.  Let me know when you can see my screen,
 3  Mr. Galli.
 4      A.  I can see it.
 5      Q.  Okay.  This is a packet of documentation we
 6  sent to the City of Essex.  I'm going to scroll
 7  through it really quickly just so you can see the
 8  whole thing.  There's a cover letter, a subpoena, an
 9  Exhibit A with definitions, instructions, and
10  requests for production.  And then there's a notice
11  of deposition to the Town of Essex with a number of
12  topics.
13          So my first question to you, Mr. Galli, is:
14  Have you seen this packet of this information before
15  today?
16      A.  I have not.
17      Q.  Okay.  Do you understand that you've been
18  designated by the Town of Essex to answer my
19  questions?
20      A.  I do.
21      Q.  All right.  Can you give me, 30,000-foot
22  view, an overview of your educational background?
23      A.  Yeah, I -- so high school graduate.  I have
24  an associate's degree in business management.  I
```



1  have six years active duty guard and reserve in the

2  United States Air Force, and I have a certificate

3  which involves water treatment from UMass Lowell.

4      Q.  My dad was a fighter pilot in the Air

5  Force.  Thanks for your service.

6      A.  I was a crew chief.

7      Q.  Thank you.  When did you start working for

8  the Town of Essex?

9      A.  It was going to be -- so it'll be

10  December 4th in 1989.

11      Q.  You're currently the superintendent of

12  public works; is that right?

13      A.  That's correct.

14      Q.  What are your day-to-day responsibilities

15  of the super of public works at Essex?

16      A.  So I oversee, I believe, five departments,

17  which would be water, sewer, highway, cemetery, and

18  parks, and it's just basically managing employees

19  and just making sure that day-to-day tasks get done

20  in each one of the departments, making sure that

21  we're up to speed with regulatory compliance, and

22  just responding to emergencies, things of that

23  nature.

24      Q.  Okay.  So wastewater is only a portion of



1   what you do?

2        A.   That's correct.

3        Q.   Do you have any wastewater certifications?

4        A.   No, I do not.  I will just tell you, so

5   we're a collection system.  All of the town's sewage

6   gets pumped to the City of Gloucester, so we're not

7   required at the moment to have any kind of licenses.

8        Q.   Okay.  Does that mean Essex isn't doing any

9   actual treatment; you're just doing conveyance?

10       A.   That's correct.

11       Q.   Are you personally, sir, a member of any

12  wastewater or environmental organizations like the

13  New England Water Environment Association?

14       A.   No, so I'm a member of Massachusetts Water

15  Works and New England Water Works.

16       Q.   Okay.  So you're not a member of the

17  Massachusetts Water Environment Association?

18       A.   No, I'm not.

19       Q.   Okay.  Have you ever heard of the

20  Association of the Nonwoven Fabrics Industry or

21  INDA?  Have you ever --

22       A.   I have not.

23       Q.   Have you ever heard of the International

24  National Water Services Flushability Group or the



```
 1   IWSFG?

 2        A.   I don't believe so.

 3        Q.   Okay.  Do you have any background in

 4   material science?

 5        A.   No, I do not.

 6        Q.   Do you have any understanding of the types

 7   of fibers used to create nonwoven wipes that are

 8   labeled as flushable?

 9        A.   Not directly.

10        Q.   Okay.  What about indirectly?  What

11   experience do you have?

12        A.   Indirectly, I would say that in previous

13   job descriptions and even also in present sometimes,

14   if the crew is short, I do go on some calls if

15   required if we're shorthanded.  So I have been -- I

16   have had experience with the type of plugs and

17   stuff, clogs that we've had in pumps.

18        Q.   Okay.  That's helpful to know.

19             So from time to time, you'll actually be

20   involved in remedying obstructions in the system?

21        A.   Not directly.  I mean, if the crew needs

22   help, I've pulled pumps and stuff personally myself.

23   Not so much now in this capacity.  But when the guys

24   do go to a call, sometimes I'll -- if it's during
```



1  the day -- during the day shift, not at night, not

2  an emergency, I have a tendency to swing by just to

3  see what the problem is and what's going on.

4      Q.  Okay.  Like any good boss should be doing.

5  I get it.

6          Do you have any training on how to test

7  wipes to determine whether or not they are

8  flushable?

9      A.  I do not.

10     Q.  Have you ever tested wipes products to

11 determine if they're flushable?

12     A.  I have not.

13     Q.  Have you ever tested wipes or toilet paper

14 under the INDA GD4 standard?

15     A.  No, I have not.

16     Q.  Do you know what that standard is?

17     A.  I do not.

18     Q.  Do you know what the testing entails?

19     A.  No, I do not.

20     Q.  So you've never tested wipes or toilet

21 paper under the IWSFG PAS standards either?

22     A.  I have not.

23     Q.  Do you know what that standard is?

24     A.  I do not.

1      Q.   Do you know what that testing entails?

2      A.   No.

3      Q.   Can you give me a high-level overview of

4   Essex's conveyance system?

5      A.   Yeah, so we have -- as the main movers, we

6   have five pump stations in town.  Each one of those

7   pump stations has two pumps, so there's a primary

8   and a backup, and sometimes I would say that they

9   would cycle back and forth.  They could range

10  anywhere -- you know, horsepower-wise, I think they

11  go from like 15 to 40 horsepower.  They're all

12  different at each one of those stations.

13       And then we have approximately like

14  250-plus grinder pumps.  So on certain parts of the

15  system, homeowners have to pump into a pressure

16  main.  And so those grinders, the sewer runs gravity

17  to the grinder pump, and then the grinder pump,

18  which is on the homeowner's property, will pump it

19  into the pressure main, and get it to the sewer

20  station.

21     Q.   Does Essex have like screening mechanisms

22  before the pumps or after the pumps?

23     A.   So no, we do not.  There is one pump

24  station where we had to install what we refer to as

1  a Muffin Monster, but it's a grinder, and that has

2  actually helped some of the mainline pumps at one of

3  our pump stations, Lift Station 4, that we used to

4  get a lot of clogging and material that would build

5  up, and that has helped that specific pump station a

6  lot.

7      Q.  Okay.  But no actual screening mechanisms

8  before or after pumps?

9      A.  No screening.

10     Q.  The Muffin Monster pump you just

11  referenced, do you know if that was the Wipes Ready

12  version or another version?

13     A.  So I couldn't tell you exactly.  It's not a

14  pump.  It's a grinder.

15     Q.  Sure.  I know.  It's a Muffin Monster

16  grinder.

17     A.  Yeah.

18     Q.  But you don't know whether it's a Wipes

19  Ready Monster Muffin --

20     A.  I don't.  I don't.

21     Q.  Do the pump sometimes get clogged?

22     A.  So the answer is yes.

23     Q.  Can you give me a ballpark about how often

24  that happens?



1      A.  Not as much since we installed the Muffin

2  Monster.  I don't have the exact date, but it's

3  before quite a few years.  It may have been like

4  15-odd years ago.  I think we've gone through a

5  couple.  But there was only one main pump that is a

6  problem.  We don't have as many problems with the

7  stations that receive a lot of stuff from grinders

8  as much as the ones from gravity that go to the

9  station.  The grinder pumps actually at the

10  homeowner's property sometimes act like as a first

11  line of defense before the stuff -- the material can

12  get to the main pump stations.

13      Q.  Okay.  So about how often is the main pump

14  station getting clogged?

15      A.  I would say not that much.  So we actually

16  started a maintenance system, so we have -- so

17  Weston & Sampson is the main contractor that we have

18  a -- literally a contract with that helps us do the

19  maintenance.  There's a lot of stuff that we can't

20  do.  We don't have personnel and equipment to do

21  what they do.

22          But annually, they come in to all the main

23  pump stations.  They lift all the pumps out of the

24  pits, and we vacuum out all of the pits, which in



1  the beginning when the system operated, we weren't

2  really familiar with that kind of maintenance that

3  should be done.  So we experienced a lot more clogs

4  in the beginning than we do now.

5       I don't believe we -- the only time that we

6  really have a problem is with a pump failure, and it

7  could fail just from age or other things that go

8  wrong.  But I don't believe that we experienced the

9  clogs at those stations like we used to.

10     Q.  Okay.  So fair to say you've been improving

11  the system such that it doesn't get backed up or

12  clogged --

13     A.  We just --

14                MR. DIAMOND:  Objection to form.

15     A.  We just started doing more O&M type of

16  regular maintenance that helped some of the problems

17  that we were having in the beginning.

18     Q.  I think you said that sometimes pumps will

19  go out, fail, just based on age; is that true?

20     A.  Yeah, so they actually -- you know, I'm

21  sure they have some kind of hours that are

22  predicted, how long they will last.

23     Q.  Given your experience, are you familiar

24  with the fact that municipal wastewater systems will



1  vary dramatically from town to town, state to state,

2  even pump station to pump station?

3                    MR. DIAMOND:  Objection to form.

4       A.  I would assume --

5                    THE WITNESS:  I'm sorry.

6                    MR. DIAMOND:  I would ask the

7  witness to give -- please give the lawyers an

8  opportunity to object after a question.

9       Q.  Sure.  So that's fine, yeah.  I'll repeat

10  my question.

11            Given your experience, sir, you're aware

12  that municipal wastewater systems are different

13  across cities, town to town, pump station to pump

14  station; true?

15                    MR. DIAMOND:  Object.  Calls for

16  speculation.

17       Q.  You can answer the question, Mr. Galli.

18       A.  I would say that I know that they are all

19  different.

20       Q.  And you know that based on your experience

21  in wastewater for nearly 35 years; right?

22       A.  Yeah, so sewer -- just so that you know,

23  even though that I've been here that long, the town

24  sewer system was up and running in and around 2005.

MICHAEL GALLI  30b6                                    July 31, 2025
SCHOTTE V. THE STOP & SHOP SUPERMARKET

1      Q.  Good to know.  Now, just to be clear, the

2  Town of Essex is not treating wastewater that comes

3  from the City of Beverly; correct?

4      A.  Yeah.  We're just Town of Essex only.

5      Q.  Okay.  Have you ever been involved with

6  opening up a clogged pump to get it sorted out?

7      A.  Yeah, I've seen it.

8      Q.  Would you agree with me that you'll find

9  any manner of things in some of these obstructions,

10  like baby wipes?

11                  MR. DIAMOND:  Object to form.

12  Objection.  Vague.

13      Q.  Go ahead, Mr. Galli.

14      A.  Yeah.  We find all kinds of stuff in there.

15  I mean, it can be dental floss.  It could be wipes.

16  It could be, you know, women's feminine products.

17  It could be prophylactics, I guess, if that's what

18  you call it.  I mean, it could be anything in there.

19      Q.  Sure.  Sometimes you'll find fecal matter

20  that hasn't broken down; right?

21      A.  I wouldn't say that.  I mean, it's more the

22  things that I listed.

23      Q.  Okay.  When the Town of Essex pulls out a

24  pump and removes an obstruction, is the Town of



1  Essex performing any analysis on what's in that

2  obstruction to determine exactly what it is?

3      A.  I mean, it's really hard to sometimes even

4  see what it is.  The pump itself has a grinder on

5  it, so it would get caught in like -- in the service

6  that it's trying to perform, when it starts and

7  stops, somewhere in the middle is when it would

8  usually get bound up.  But a lot -- most of the

9  time, everything just gets chewed up, and it's

10  destroyed and tangled in there.

11      Q.  So when your team opens up a pump to take

12  out a clog, they just remove the material and

13  discard it; right?

14      A.  Yeah, pretty much.

15      Q.  So they're not doing any scientific

16  analysis on materials in there to determine is it a

17  baby wipe made out of plastic?  Is it a towel?  Is

18  it a bed sheet?  They're just not doing that

19  analysis; right?

20      A.  No, we wouldn't know that.

21      Q.  So when you see rags or wipe-like material,

22  it could be a baby wipe or a Clorox wipe or

23  literally a rag; right?

24      A.  That's correct.



1        Q.   And so when people from the Town of Essex,

2   your team, indicate that a pump is clogged with rags

3   or needs to be deragged, that could be any manner of

4   things that have obstructed that pump; right?

5        A.   That is correct.

6        Q.   Do you agree with me, sir, that it would be

7   good to have a standard that clearly identifies

8   things that can be flushed from things that can't be

9   flushed?

10                    MR. DIAMOND:   Object to --

11                    MR. CROWDER:   Sorry, Julian.  I'll

12   be more specific.

13        Q.   There should be a standard that relates to

14   wipes that says, these wipes are flushable, these

15   wipes are not, and they're labeled accordingly.

16   Would you agree that would be a good thing?

17                    MR. DIAMOND:   Object to form.

18   Calls for speculation, vague.

19        Q.   You can answer, Mr. Galli.

20        A.   So from personal experience, the only thing

21   that I know is we have sent out letters to the

22   residents that have grinder pumps especially that

23   basically said that, you know, if it's not

24   consumable products, the fecal matter, or normal



1  toilet paper, that it's not to be flushed.

2      Q.  Okay.  And so would you agree with me that

3  it would be good to have such a standard on wipes so

4  that consumers know if a wipe is flushable or not?

5                    MR. DIAMOND:  Object to form.

6  Asked and answered.

7      Q.  You can answer, Mr. Galli.

8      A.  Yeah, truthfully, I'm not really sure how I

9  would answer that.

10     Q.  Okay.  Do you know who Mark Schotte is?

11     A.  I do.  He was an employee here for a short

12  time.

13     Q.  Are you aware that he is claiming in this

14  lawsuit that moist wipes labeled as flushable and

15  sold by my client are not actually flushable?  Are

16  you aware of that?

17     A.  I know that he has a lawsuit.  I didn't

18  really get into what he's actually saying.

19     Q.  Okay.  Have you ever spoken to Mr. Schotte

20  about this lawsuit?

21     A.  I have not.

22     Q.  Have you ever spoken to his counsel?

23     A.  I have not.









ESQUIRE
DEPOSITION SOLUTIONS

22          Now, generally talking about flushable

23     wipes, are you aware that there are moist wipes

24     advertised as being flushable, and then there are



1  baby wipes that say "do not flush" on them?  Are you

2  aware of that distinction?

3      A.  I'm not going to say that I know

4  specifically, but I do know that a lot of them do

5  state that they are flushable, and you could

6  probably get away with it if there wasn't a

7  mechanical device in place that causes a problem.

8      Q.  Okay.  Have you ever used the flushable

9  wipes, sir?

10     A.  I personally have not.

11     Q.  Do you know the differences between how

12  baby wipes and flushable wipes are manufactured?

13     A.  I don't.

14     Q.  Okay.  So because the Town of Essex doesn't

15  do any analysis on the obstructions within its

16  system, is it fair to say you don't have any testing

17  or evidence to show flushable wipes in your system?

18     A.  I have no evidence.

19     Q.  Okay.  And certainly, you don't have any

20  testing analysis or evidence that identifies Stop &

21  Shop-branded flushable wipes in your system, then?

22     A.  I wouldn't be able to designate one from

23  the other.

24     Q.  Okay.  Essex doesn't have any testing,



1  performance, protocol, analysis to determine that;

2  right?

3       A.  We do not.

4       Q.  If I held a flushable wipe and a baby wipe

5  up just side by side, would you be able to tell the

6  difference without a label on them?

7       A.  Personally, I wouldn't.

8       Q.  Okay.  Sir, I'm going to put up what I'll

9  mark as Exhibit No. 2.  Let me know when you can see

10  my screen.

11                 (Exhibit 2, Sewer Call Out and

12  Alarms, marked for identification.)

13       A.  I only see -- okay.  I got it.

14       Q.  Do you see that this document indicates

15  "Sewer Call Out and Alarms" at the top?

16       A.  I do.

17       Q.  And I'll represent to you, sir, that this

18  is a document that was produced by the Town of

19  Essex, and it looks like an alarm log dating from

20  March 21, 2024 through April 8, 2025 --

21       A.  That's correct.

22       Q.  Sorry, sir.

23       A.  Yeah, that's correct.

24       Q.  You've seen this document before?

1     A.  Yes, I do.  That's in-house, what the guys

2  record, plugs -- plugs or clogs or any problem,

3  actually.

4     Q.  And I've reviewed this document.  The

5  handwriting is obviously difficult to make out in

6  parts.

7     A.  Yeah.

8     Q.  Can you see that this second line indicates

9  in the comments, "Pump not working.  Grease and

10  rags."  Do you see that?

11     A.  That's correct.

12     Q.  That reference to rags as we talked earlier

13  could be any manner of wipe material; you don't know

14  exactly what it is, though; correct?

15     A.  We wouldn't know.

16     Q.  Nobody who performed any maintenance or

17  work on that pump would have conducted analysis to

18  figure out what exactly those rags were; true?

19     A.  No.  To -- usually, to clear a pump, we

20  just take the impeller off, which is the cutter, and

21  try to free it up.  We pull material out, put it

22  back together, and put it back in service.

23     Q.  Okay.  I don't want to waste time, but

24  could you just read through this document and let me



1  know is there anything in here that indicates there

2  were flushable wipes found at any point?

3      A.  I've reviewed it.  I didn't see anything

4  like that.

5      Q.  Okay.  This next one is going to be a bit

6  of a slog.  Julian, apologies.  He's been through

7  this before.

8          I'm going to show you a legal document,

9  sir, and ask you questions about it, understanding

10  you probably haven't seen it.  Let me know when you

11  can see my screen.

12      A.  I can see it.

13                  (Exhibit 3, Stipulation of

14  Settlement, marked for identification.)

15      Q.  All right.  Do you see that this indicates

16  United States District Court District of South

17  Carolina, and it, then, indicates the parties to a

18  lawsuit?  Do you see that?

19      A.  I do.

20      Q.  And you see it says "Stipulation of

21  Settlement" over here on the right side?

22      A.  I do.

23      Q.  The plaintiff is listed as the Commissions

24  of Public Works of the City of Charleston

1  individually and on behalf of all others similarly

2  situated.  Do you see that?

3      A.  I do.

4      Q.  And then there are a number of defendants,

5  Costco, Kimberly-Clark, Target, Walgreens, Wal-Mart,

6  et cetera?

7      A.  I do.

8      Q.  Are you familiar with this lawsuit, sir?

9      A.  Not at all.

10     Q.  Okay.  I'll make this quick.

11         So do you see down here -- sorry.  My

12  highlighting doesn't work well on this document --

13  there's a "whereas" second from the bottom?

14     A.  I see it.

15     Q.  It reads, "Whereas, plaintiff alleges that

16  the flushability-related claims made on the labeling

17  and packaging of the products are false, deceptive,

18  and misleading."  Do you see that?

19     A.  I do.

20     Q.  So do you understand at least from that

21  that the City of Charleston was claiming that wipes

22  labeled as flushable were not actually flushable?

23                 MR. DIAMOND:  Object to form.

24     Q.  Go ahead, sir.

1        A.   I can understand that.

2        Q.   Okay.  And then in this bigger photograph

3   starting "in the action," do you see that, "in the

4   action" over on the right?

5        A.   I do.

6        Q.   This reads, "In the action, plaintiff seeks

7   injunctive relief and class certification pursuant

8   to Federal Rules of Civil Procedure 23(a) and

9   (b)(2), on behalf of itself, as well as a nationwide

10  class and a South Carolina class of entities that

11  own and/or operate sewage or wastewater conveyance

12  and treatment systems, including municipalities,

13  authorities, and wastewater districts, STP

14  operators."  Do you see that language?

15       A.   I do.

16       Q.   Would you agree with me that the Town of

17  Essex is a municipality that operates wastewater

18  conveyance systems?

19       A.   We are.

20       Q.   So at least based on that understanding,

21  would you agree that the Town of Essex would fit

22  within this definition of STP operators?

23       A.   I believe it would.

24       Q.   And if I go to Page 6 in this document,



1  there's a definition of 1.22.  Do you see that for

2  settlement class?

3        A.  Yes, I do.

4        Q.  And this reads, "All STP operators in the

5  United States whose systems were in operation

6  between January 6, 2018 and the date of preliminary

7  approval."  Do you see that?

8        A.  I do.

9        Q.  I believe earlier you said the Town of

10 Essex's system was up and running as of 2005.

11       A.  That's correct.

12       Q.  So the Town of Essex municipal wastewater

13 conveyance system was in operation as of January

14 6th, 2018?

15       A.  That's correct.

16       Q.  So as far as you can tell, sir -- and

17 again, I know you're not a lawyer, but the Town of

18 Essex would fit within this settlement class

19 definition; right?

20                  MR. DIAMOND:  Objection.  Calls

21 for a legal conclusion, calls for speculation.

22       Q.  Go ahead, sir.  You can answer.

23       A.  I just say that we were up and running in

24 2018.  That's for certain.



1        Q.  If I scroll down in this document to

2   Page 11, there's an "Acknowledgment and Endorsement"

3   section.  Do you see that?

4        A.  I do.

5        Q.  And under this section, there's a little

6   "I," and it reads, "So long as the products comply

7   with the IWSFG 2020: PAS 3 specification and all

8   other IWSFG 2020 specifications, the products shall

9   be deemed flushable, biodegradable, safe for sewer

10  systems, and capable of breaking down after flushing

11  as advertised."  Do you see that language, sir?

12       A.  I see it.

13       Q.  Do you understand that the parties were

14  agreeing here that if flushable wipes can pass these

15  IWSFG testing protocols, they're appropriately

16  labeled as flushable?  Do you understand --

17                  MR. DIAMOND:  Objection.

18  Objection.  Mischaracterizes the legal document,

19  calls for a legal conclusion.

20       Q.  Go ahead, sir.

21       A.  I understand what it says.

22       Q.  Okay.  And this says that if a wipe would

23  meet the IWSFG protocols, it can properly be deemed

24  flushable; true?



MICHAEL GALLI  30b6                                    July 31, 2025
SCHOTTE V. THE STOP & SHOP SUPERMARKET

```
 1                      MR. DIAMOND:  Objection.  Calls
 2  for a legal conclusion, mischaracterizes the legal
 3  document.
 4       Q.  Go ahead, sir.
 5       A.  I mean, I know what it says, so if --
 6       Q.  That's what it says; right?
 7       A.  I understand that.
 8                      MR. DIAMOND:  Objection.  Calls
 9  for a legal conclusion, mischaracterizes the legal
10  document.
11       Q.  And you also understand that this says if a
12  wipe meets the IWSFG protocols, it is properly
13  deemed safe for sewer systems; right?
14       A.  I see it.
15                      MR. DIAMOND:  Objection.
16       Please give the attorneys a chance to
17  object.
18       Objection.  Mischaracterizes the legal
19  document.  That's not what a document settlement
20  agreement is, and calls for a legal conclusion.
21                      MR. CROWDER:  Thanks, Julian.
22  You're not testifying, so I would appreciate it if
23  you keep your objections to actually appropriate
24  objections.
```



1                        MR. DIAMOND:  That is an

2    appropriate objection.

3        Q.  I'm going to move down here, sir, to

4    Section 14.

5            Do you see that there's a "Notice to the

6    Settlement Class" section?

7        A.  I do.

8        Q.  And this indicates that under 7.1, "The

9    notice is designed to provide the settlement class

10   with information regarding the proposed settlement

11   and their rights thereunder, including a description

12   of the material terms of the settlement."  Do you

13   see that language?

14       A.  I see it.

15       Q.  Do you have any reason to dispute that the

16   Town of Essex received notice of this settlement?

17                        MR. DIAMOND:  Objection.  Calls

18   for a legal conclusion.

19       A.  I wouldn't have that information.

20       Q.  So you cannot dispute that the Town of

21   Essex received that notice of settlement; right?

22       A.  I wouldn't know that.

23       Q.  And then under 7.2, this indicates that the

24   notice as approved by the court will be provided by

1  e-mail to, for example, the following entities, and

2  then there's a long list.  Do you see that?

3        A.  I do.

4        Q.  And I'll note that this list includes the

5  New England Water Works Association, which you said

6  you are a member of; correct?

7        A.  Correct.  That's correct.

8        Q.  Are you aware that any of these settlement

9  class members had an opportunity to object to this

10  settlement?

11        A.  I'm not familiar.

12                  MR. DIAMOND:  Objection.  Calls

13  for a legal conclusion.

14        Q.  So if I scroll up, sir, back to the

15  definitions, there's a Definition 1.14 for Notice.

16  Do you see that?

17        A.  I do.

18        Q.  And this reads, "Notice means the notice of

19  settlement pursuant to Federal Rule of Civil

20  Procedure 23(e)(1) to be disseminated as set forth

21  in Section 7 below, the form of which is attached

22  hereto as Exhibit B."  Do you see that, sir?

23        A.  I do.

24        Q.  All right.  So I'm going to scroll down to



1  Exhibit B.  Do you see that?

2       A.  I do.

3       Q.  And then there's a document that follows

4  that reads at the top, "If you are a sewage

5  treatment system operator in the United States whose

6  system was in operation between January 6, 2018 and,

7  blank, 2023, class action settlements may affect

8  your rights."  Do you see that language?

9       A.  I do.

10      Q.  I'll represent to you, sir, that this is

11  the settlement notice that was issued to settlement

12  class members under this settlement agreement.

13          Do you see below that there's "Your legal

14  rights and options in this lawsuit"?

15      A.  I do.

16      Q.  And there's a box that says "Do Nothing";

17  right?

18      A.  Yes, it does.

19      Q.  And it says, "If you do nothing, then you

20  will automatically receive benefits under the

21  settlement in the form of defendants' business

22  modifications that are further described in this

23  notice."  Do you see that?

24      A.  I do.



1       Q.  And then there's a box that says "Object";
2  right?

3       A.  Yeah.

4       Q.  And this indicates that settlement class
5  members could write to the court about why you do
6  not like something about the settlements or class
7  counsel's requested attorneys' fees and expenses.
8  You see that?

9       A.  I do.

10      Q.  And then below that, there's "Attend a
11 Hearing"; right?

12      A.  There is.

13      Q.  Do you have any reason to dispute that the
14 New England Water Works Association did not object
15 to this settlement?

16                   MR. DIAMOND:  Object to form.
17 Calls for a legal conclusion.

18      Q.  You can answer, Mr. Galli.

19      A.  Yeah, I wouldn't.

20      Q.  You wouldn't have any reason to dispute
21 that; right?

22      A.  No.

23      Q.  And you don't have any reason to dispute
24 that the Town of Essex did not object to this

1 settlement agreement; true?

2                    MR. DIAMOND:  Object to form.

3 Calls for a legal conclusion.

4     A.  I wouldn't -- I wouldn't say -- I mean, one

5 would assume, so just a personal note, that if we

6 did nothing, then I guess we were fine with it.

7     Q.  Yeah.  And the Town of Essex was fine with

8 the idea that if a wipe was passing IWSFG testing

9 protocols, it could be labeled as flushable; right?

10                    MR. DIAMOND:  Objection.  Calls

11 for a legal conclusion, mischaracterizes a legal

12 document.

13     Q.  Go ahead, Mr. Galli.

14     A.  I would think that one would coincide with

15 the other.

16     Q.  Okay.  I'm going to move on now to a few

17 other documents I would like to ask you about, and

18 then I'm almost done, sir.

19     A.  Okay.

20     Q.  I'm going to share my screen with you

21 again.  This will be Exhibit No. 4.

22                    (Exhibit 4, International Water

23 Services Flushability Group, marked for

24 identification.)

1      Q.  Let me know when you can see my screen.

2      A.  I can.

3      Q.  Do you see that this says "International

4   Water Services Flushability Group" at the top?

5      A.  I does, yes.

6      Q.  That's the IWSFG; right?

7      A.  Yeah.

8      Q.  This is the Publicly Available

9   Specification PAS 1: 2020 Criteria for Recognition

10  as a Flushable Product.  Do you see that?

11     A.  I do.

12     Q.  This was the IWSFG standard that was

13  referenced in the document we just looked at; right?

14                  MR. DIAMOND:  Objection.  Calls

15  for speculation.

16     Q.  You can answer, Mr. Galli.

17     A.  I believe so.

18     Q.  And if I go down in this document, the very

19  first page, there's a "Foreword."  Do you see that?

20     A.  I do.

21     Q.  This reads, "The International Wastewater

22  Services Flushability Group (IWSFG) is an

23  international coalition of national and regional

24  wastewater services' associations, organizations,

```
 1   and individual wastewater services."  Do you see

 2   that?

 3        A.  I do.

 4        Q.  And then the black font reads, "The

 5   criteria for flushability and the appropriate test

 6   methods are the product of a global consensus of the

 7   coalition members and reflect test methods and

 8   criteria to ensure a product labeled as flushable

 9   will not impact drain lines, various on-site

10   treatment and wastewater collection and treatment

11   systems as well as the downstream environment."  Do

12   you see that?

13        A.  I do.

14        Q.  Do you understand that the goal of the

15   IWSFG testing is to ensure that products labeled as

16   flushable will not impact wastewater?

17                  MR. DIAMOND:  Objection.  Calls

18   for speculation.

19        Q.  You can answer, Mr. Galli.

20        A.  I believe that that's what that says.

21        Q.  And then I'll scroll down.  There's another

22   "Definitions" here.  Do you see that?

23        A.  I do.

24        Q.  And this says, "See:  IWSFG PAS 2: 2020
```

1  terms and definitions."  Do you see that?

2       A.  I do.

3       Q.  All right.  I'll take you to that document

4  next, but before I do, there's a "General" and then

5  a 6.1 "Criteria" section.  Do you see that?

6       A.  I do.

7       Q.  And then this reads, "This specification

8  sets out five criteria that need to be addressed for

9  a product to be deemed suitable for flushing down

10  the toilet."  Do you see that?

11       A.  I do.

12       Q.  And then there's criteria to be achieved

13  for a product to be considered flushable, it shall

14  meet each of the following criteria, and then --

15                 (Court reporter clarification.)

16       A.  I'm sorry.  You got cut off.

17       Q.  Sure.  I'll start over.  Do you see that

18  this reads, "The criteria to be achieved for a

19  product to be considered flushable, it shall meet

20  the following criteria," and then there's five

21  criteria listed?

22       A.  I do.  I see it.

23       Q.  All right.  I'm going to move now to the

24  IWSFG PAS 2 document.  Let me know when you can see



 1 | my screen, sir.

 2 |     A.  It's up.

 3 |                    MR. CROWDER:  This I'll mark as

 4 | Exhibit No. 5.

 5 |                    (Exhibit 5, Publicly Available

 6 | Specification (PAS) 2: 2020 Terms and Definitions

 7 | for Determination of Flushability, marked for

 8 | identification.)

 9 |     Q.  Do you see again there's the "International

10 | Water Services Flushability Group" at the top?

11 |     A.  Yes, it does.

12 |     Q.  And then this reads, "Publicly Available

13 | Specification PAS 2: 2020 Terms and Definitions for

14 | Determination of Flushability."  Do you see that?

15 |     A.  I do.

16 |     Q.  And then there's the same "foreword" we

17 | just looked at in PAS 1; correct?

18 |     A.  Yes.

19 |     Q.  And then if I go down, there's the various

20 | definitions here.  I'd like to focus on the 5.3.3

21 | flushable product definition.  Do you see that?

22 |     A.  I do.

23 |     Q.  And this reads, "A product that is

24 | considered suitable for disposal via a toilet and

1  drain line to an on-site treatment system or to a

2  wastewater collection system and a wastewater

3  treatment system because it will not materially

4  adversely impact those systems or the downstream

5  environment."  Do you see that language?

6       A.  I do.

7       Q.  Would you agree that if a product will not

8  materially adversely impact wastewater systems, it

9  is safe to flush?

10      A.  According to that, I would say yes.

11      Q.  What about according to you?  If a product

12  is not going to materially adversely impact

13  wastewater systems, is it safe to flush?

14      A.  I would have to --

15                MR. DIAMOND:  Objection to form.

16  Calls for speculation.

17      Q.  All right, sir.  Just for the record, I'm

18  going to introduce Exhibit No. 6.  This is IWSFG PAS

19  3.  I don't have any questions about it.  I just

20  want all three PAS documents to be in the record.

21                (Exhibit 6, Publicly Available

22  Specification (PAS) 3: 2020, marked for

23  identification.)

24      Q.  Can you see my screen now where it says



1   "INDA" at the top?

2        A.  I do.

3        Q.  So this reads "The Guidelines for Assessing

4   the Flushability of Disposable Nonwoven Products

5   Edition 4, May 2018."  Do you see that?

6        A.  I do.

7        Q.  Have you ever seen this document before?

8        A.  I have not.

9        Q.  All right.  I'm going to scroll down to

10  "Flushability Assessment," Section 3.  Do you see

11  that?

12       A.  I do.

13       Q.  And under 3.1 "Principles," this reads,

14  "The toilet and the wastewater system should not be

15  used as a receptacle for general waste."  Do you see

16  that?

17       A.  I do.

18       Q.  You certainly would agree with that,

19  wouldn't you?

20       A.  I would.

21       Q.  And then down below, there's three bullets.

22  Do you see the bullets?

23       A.  Yeah.

24       Q.  And right above the bullets, it says, "For

1  a product to be deemed flushable, there must be

2  evidence indicating that it, Bullet 1, clears

3  toilets and properly maintained drainage pipe

4  systems when the supplier's recommended usage

5  instructions are correctly followed; Bullet 2,

6  passes through properly maintained wastewater

7  conveyance systems and is compatible with wastewater

8  treatment reuse and disposal systems without causing

9  system blockage, clogging, or other operational

10  problems; and Bullet 3, is unrecognizable in

11  effluent leaving on-site and municipal wastewater

12  treatment systems and in digested sludge from

13  wastewater treatment plants that are applied to

14  soil."  Do you see that language, sir?

15      A.  I do.

16      Q.  And then below that, it reads, "The

17  assessment is designed to evaluate the ability of a

18  disposable nonwoven wipe to conform to each of these

19  above criteria.  Consequently, when a wipe fulfills

20  the requirements in this assessment, it is

21  considered compatible with home plumbing, conveyance

22  and treatment, and can be labeled flushable in

23  accordance with the INDA/EDANA code of practice."

24  Do you see that language, sir?



```
 1        A.  I do.

 2        Q.  Would you agree that if a wipe clears

 3   toilets, passes wastewater without causing blockage

 4   or clogs, and is unrecognizable in effluent systems,

 5   that it is safe to flush?

 6                    MR. DIAMOND:  Objection.  Calls

 7   for speculation, calls for ultimate conclusion.

 8        Q.  You can answer, Mr. Galli.

 9        A.  I would agree with the statement.

10        Q.  And you would -- okay.  But you also

11   understand that sometimes irresponsible

12   manufacturers label things as flushable when they're

13   really not; right?

14        A.  I don't -- I wouldn't know that.

15        Q.  Okay.  The Town of Essex has told folks not

16   to flush any type of wipe because you're just not

17   sure what's flushable and what's not; is that true?

18        A.  That is true.

19        Q.  Okay.  But if a wipe did pass these

20   criteria, Essex would have no problem with it being

21   flushed; true?

22                    MR. DIAMOND:  Objection to form.

23   Calls for speculation.

24        Q.  You can answer that, Mr. Galli.
```



```
 1        A.   I would agree with it.
 2                    MR. CROWDER:  Mr. Galli, thank you
 3   very much for your time, sir.  I'll reserve the
 4   right to ask additional questions based on whatever
 5   Mr. Diamond may ask you, but at this point, I don't
 6   have any further questions for you, sir.
 7                    THE WITNESS:  Okay.  Thanks.
 8                    MR. DIAMOND:  Can we take a
 9   five-minute break?
10                    MR. CROWDER:  That's fine with me.
11                    MR. DIAMOND:  All right.  Let's
12   come back on in a couple minutes.  It should only be
13   a few minutes.
14                    THE VIDEOGRAPHER:  We're going off
15   the record.  The time is 9:49 a.m.
16                    (Brief recess.)
17                    THE VIDEOGRAPHER:  We are back on
18   the record.  The time is 9:54 a.m.
19          EXAMINATION
20           BY MR. DIAMOND:
21        Q.  Hi, Michael.  It's great to meet you this
22   morning.  These questions should just take probably
23   less than 10 minutes, maybe less than five minutes.
24   ███████████████████████████████████
```



I'm going to

24    quickly introduce an exhibit.  This was put on Box



1  earlier.  I'm sharing it via the Zoom.  Is everybody

2  okay with that?

3                    MR. CROWDER:  Sure.

4       A.  I'm fine with it.

5                    (Exhibit 7, Town of Essex Sewer

6  Department Important Notice - Wipes Clog Pipes and

7  Pumps, marked for identification.)

8       Q.  I just put it on.  Can you let me know when

9  you're looking at it?  This is the document that's

10  labeled at the bottom right ESSEX0000000001.  I hope

11  I said the correct number of zeros.

12                    MR. CROWDER:  You're not sharing

13  your screen yet, Julian.

14                    MR. DIAMOND:  Hold on one second.

15  Unfortunately, there's no exhibit share.  Let me try

16  again.

17                    MR. CROWDER:  This is it.

18                    MR. DIAMOND:  Now you see it?

19                    THE WITNESS:  I believe so.

20       Q.  So can you see -- can you read me what you

21  see on the top of the document?

22       A.  Yeah.  It's -- so basically, it's what we

23  put out.  It's the Town of Essex Department

24  important notice of wipe clogs -- wipe clog pipes

1  and pumps.

2       Q.  So you recognize this document.

3       A.  I do.

4       Q.  What is it?

5       A.  I'm sorry?

6       Q.  What is this document?

7       A.  It was probably the document that was put

8  out to the employees that are -- I'm sorry, the

9  residents that had the grinder pumps.

10      Q.  So this is aimed at the residents?

11      A.  I don't believe they all got them.  I

12 believe the ones that the -- that have grinder pumps

13 got them.

14      Q.  This is directed at people that would --

15 you know, residents of the town that would be

16 flushing wipes and using their toilets; correct?

17      A.  That's correct.

18      Q.  And perhaps buying flushable wipes?

19      A.  Whatever is stated there.

20      Q.  So the first sentence says, "Although some

21 products are labeled and marketed as disposable such

22 as baby wipes, this does not mean they can be

23 flushed in the toilet."  Do you see that sentence?

24      A.  I see it.



```
1        Q.  Do you understand this to mean that some

2   wet wipes are labeled as flushable but are, in fact,

3   not flushable?

4                    MR. CROWDER:  Objection to form.

5   Misstates the document.

6        Q.  You can answer, Mr. Galli.

7        A.  I just believe that we classified

8   everything together that we didn't want any wipes.

9        Q.  And that includes wipes that are labeled as

10  flushable; is that correct, Mr. Galli?

11       A.  It's a request.  That's correct.

12       Q.  Thank you.  So it's your understanding that

13  some consumers would see a wipe that's labeled

14  flushable and then believe that they could be

15  flushed in the toilet even though it's your

16  understanding that they cannot be; correct?

17                   MR. CROWDER:  Object to form.

18       A.  I'm just stating that we only wanted

19  consumable items and toilet paper to go down the

20  drain.

21       Q.  And it's your understanding that wipes that

22  are labeled as flushable are not toilet paper; is

23  that correct?

24                   MR. CROWDER:  Object to form.
```



1      A.  I would state that to be true.

2                  MR. DIAMOND:  All right.  No

3  further questions from me.

4                  MR. CROWDER:  Just real quick

5  follow-up, Mr. Galli.

6          FURTHER EXAMINATION

7       BY MR. CROWDER:

8      Q.  Do you know how many residents of the Town

9  of Essex used grinder pumps and would have received

10  the notice that's up on the screen?

11      A.  So as stated, I believe that everybody that

12  was -- so it wouldn't everybody that has one because

13  we don't have them all up and running, but the ones

14  that are running, I believe, did get them.

15      Q.  Do you know what percentage of Essex

16  residents are using one of these grinder pumps?

17      A.  So as a rough number -- don't hold me to

18  the number, but I believe there's like 250 that

19  would be able to be up and running.

20      Q.  Okay.  And then 250 residents are using

21  grinder pumps.

22          How many residents are in total in Essex?

23  And again, ballpark is fine.

24      A.  So I mean, residents, or are we talking

1  about residents that are on the sewer?  Are you

2  talking about total residents?

3       Q.  Let's do residents on the sewer.

4       A.  I mean, I'd have to get that number for you

5  if you were looking for a close number, you know,

6  and it varies.  I know, you know, we have -- we have

7  residents that have sewer stubs that are not

8  connected yet.  So how many are actually connected

9  to the sewer system?  I don't want to just throw out

10 a number just to give it to you, but I could get

11 that number for you.

12      Q.  Is it more than 10,000?

13      A.  No, no.  We don't even have that many

14 residents in town.

15      Q.  Is it more than 1,000?

16                  MR. DIAMOND:  Objection.  Calls

17 for speculation.

18      A.  I would say it's less than 1,000.

19                  MR. CROWDER:  All right.  I don't

20 have any further questions either.  Thank you, sir.

21                  THE VIDEOGRAPHER:  Anyone else?

22 This is the videographer.  Before we go off the

23 record, can I just confirm that Norton Rose as well

24 as Bursor & Fisher will both take synchronized



1 video, and no order for KP Law; is that right?

2                    MR. DIAMOND:  That's correct for

3 Bursor & Fisher.

4                    MR. CROWDER:  Yeah, we'll take the

5 same.

6                    MR. CORBO:  That's correct.  KP

7 Law does not need one.

8                    THE VIDEOGRAPHER:  Stephanie,

9 anything else for you on the record?

10                    THE COURT REPORTER:  No, I'm good.

11 Thank you.

12                    THE VIDEOGRAPHER:  We are going

13 off the record.  The time is 10:01 a.m.

14                    (Deposition concluded at

15 10:01 a.m.)

16

17

18

19

20

21

22

23

24



MICHAEL GALLI  30b6                                      July 31, 2025
SCHOTTE V. THE STOP & SHOP SUPERMARKET

```
 1              DEPOSITION ERRATA SHEET

 2

 3

 4        Our Assignment Number: J13235651

 5        Case Caption:

 6        Schotte vs. Stop & Shop

 7

 8          DECLARATION UNDER PENALTY OF PERJURY

 9            I declare under penalty of perjury that I

10   have read the entire transcript of my Deposition

11   taken in the captioned matter or the same has been

12   read to me, and the same is true and accurate, save

13   and except for changes and/or corrections, if any,

14   as indicated by me on the DEPOSITION ERRATA SHEET

15   hereof, with the understanding that I offer these

16   changes as if still under oath.

17            Signed on the _____ day of

18   _____, 20____.

19

20   _____

21              MICHAEL GALLI

22

23

24
```



MICHAEL GALLI  30b6                                    July 31, 2025
SCHOTTE V. THE STOP & SHOP SUPERMARKET

```
1              DEPOSITION ERRATA SHEET

2   Page No._____Line No._____Change to:_____

3   _____

4   Reason for change:_____

5   Page No._____Line No._____Change to:_____

6   _____

7   Reason for change:_____

8   Page No._____Line No._____Change to:_____

9   _____

10  Reason for change:_____

11  Page No._____Line No._____Change to:_____

12  _____

13  Reason for change:_____

14  Page No._____Line No._____Change to:_____

15  _____

16  Reason for change:_____

17  Page No._____Line No._____Change to:_____

18  _____

19  Reason for change:_____

20  Page No._____Line No._____Change to:_____

21  _____

22  Reason for change:_____

23  SIGNATURE:_____DATE:_____

24              MICHAEL GALLI
```



MICHAEL GALLI 30b6                                    July 31, 2025
SCHOTTE V. THE STOP & SHOP SUPERMARKET

```
1              DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23   SIGNATURE:_____DATE:_____

24              MICHAEL GALLI
```



```
 1            COMMONWEALTH OF MASSACHUSETTS

 2                 SUFFOLK COUNTY

 3         I, STEPHANIE MUSSEN, Professional

 4    Shorthand Reporter and Notary Public in and for

 5    the Commonwealth of Massachusetts, do hereby

 6    certify that the witness whose deposition is

 7    hereinbefore set forth, was duly sworn and that

 8    such deposition is a true record of the testimony

 9    given by the witness.

10         I further certify that I am neither

11    related to or employed by any of the parties in

12    or counsel to this action, nor am I financially

13    interested in the outcome of this action.

14         I witness whereof, I have set my hand

15    and seal this 31st day of July 2025.

16

17

18

19

20    _____

21         Stephanie Mussen, Notary Public in and

22         for The Commonwealth of Massachusetts

23         My Commission Expires:  June 15, 2030

24
```































