UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SCHOTTE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STOP & SHOP SUPERMARKET COMPANY, LLC,<br><br>    Defendant. | Case No. 1:23-CV-10897-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Mark Schotte and Defendant The Stop & Shop Supermarket Company, LLC, that all claims, by and between Plaintiff and Defendant, are hereby dismissed with prejudice and without costs against any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 23, 2026       Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Matthew A. Giardi.*
     Matthew A. Girardi

Matthew A. Girardi  (*pro hac vice*)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone:  (914) 874-0710
Facsimile:  (914) 206-3656
Email:  mgirardi@bursor.com

**BURSOR & FISHER, P.A.**
Julian C. Diamond (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150

Facsimile: (212) 989-9163
Email:  jdiamond@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (*pro hac vice*)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email:  james.reardon@reardonscanlon.com

*Attorneys for Plaintiff*


 */s/ Andy Crowder*
S. Jamal Faleel
Andy Crowder
Norton Rose Fulbright US LLP
60 South Sixth St., Suite 3100
Minneapolis, MN 55402
jamal.faleel@nortonrosefulbright.com
andy.crowder@nortonroselfulbright.com
(612) 321-2276

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I, Matthew A. Girardi, hereby certify that on February 23, 2026, a true copy of the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.


 */s/ Matthew A. Girardi*
Matthew A. Girardi

2